[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14810
Oral Argument Calendar
_____

D.C. Docket No. 1:12-cv-22426-FAM

ELOY VALDES,

Plaintiff - Appellee,

versus

MIAMI-DADE COUNTY, et al.,

Defendants,

DANIEL PUERTO,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(November 25, 2014)

Before TJOFLAT, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM:

On interlocutory appeal from denial of qualified immunity, the decision of the district court denying defendant's motion to dismiss, except Counts 15 and 16, is affirmed on the reasoning in the thorough Report and Recommendation by the magistrate judge, issued on June 14, 2013, and the Order Adopting Magistrate's Report and Recommendation, issued by the district judge on September 27, 2013.

**AFFIRMED.**